IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICKY JOURNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CV38 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, NEBRASKA ATTORNEY GENERAL DOUG PETERSON, NEBRASKA MENTAL HEALTH BOARD, BUFFALO COUNTY MENTAL HEALTH BOARD, STEPHEN LOWE, MICHAEL LAWSON, RICHARD BEECHER, DR. BIGELOW, AARON BISHOP, Public Defender, KARI R. FISK, County Attorney, JOHN H. MARSH, District Court Judge, SHAWN EATHERTON, CSORT PROGRAMING, TROY KEITH, DR. JEFF MELVIN, TAMMY JACKSON, ANTONIO HANIGAN, KENDRA JOHNSON, DR. MARY PAINE, DR. SHANNON BEAVERS-BLACK, SCOTT R. FRAKES, PAT COLLINS, TONY CRUZ, and CATHY SHEAIR, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

DATED this 28th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge